O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BEARD,<br><br>    Plaintiff,<br><br> vs.<br><br>MR. LUCIO, ET AL.,<br><br>    Defendants. | CASE NO. CV 08-00570 GW (RZ)<br><br>ORDER ACCEPTING AND ADOPTING FIRST INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    The Court has reviewed the file in this matter, and has read and reviewed the First Interim Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the Report and adopts its findings and recommendations.

DATED: February 13, 2009

                  _____
                   GEORGE H. WU
                 UNITED STATES DISTRICT JUDGE