**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT BEARD,                                    )        CASE NO. CV 08-00570 GW (RZ)
                                                 )
                        Plaintiff,               )
                                                 )        ORDER ACCEPTING REPORT AND
            vs.                                  )        RECOMMENDATION OF UNITED
                                                 )        STATES MAGISTRATE JUDGE
MR. LUCIO, ET AL.,                               )
                                                 )
                        Defendants.              )
────────────────────────────────                )

        The Court has reviewed the file in this matter, and has read and reviewed the

Report and Recommendation of United States Magistrate Judge signed on January 13,

2010.  Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report

to which Plaintiff has objected.  The Court accepts the Report and adopts it as its

Statement of Uncontroverted Facts and Conclusions of Law.


DATED: June 7, 2010


                                    _____
                                            GEORGE H. WU
                                    UNITED STATES DISTRICT JUDGE