**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT BEARD, | ) | CASE NO. CV 08-00570 GW (RZ) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| MR. LUCIO, ET AL., | ) | |
| Defendants. | ) | |

The Court, having approved the Report and Recommendation of United States Magistrate Judge dated January 13, 2010, and having adopted the Report and Recommendation as its Statement of Uncontroverted Facts and Conclusions of Law,

IT IS HEREBY ORDERED AND ADJUDGED that the action is dismissed as to John Doe and Jane Roe without prejudice, Defendant Lucio's motion for summary judgment is granted and the balance of the action is dismissed with prejudice.

DATED: June 7, 2010

*[signature]*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE